# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JOSE FRANCISCO GARCIA-GUERRERO,<br><br>　　　　　Defendant. | Case No.: 3:19-CR-446-DMS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT** |

The United States' Motion to Dismiss the Indictment (ECF No. 48) is hereby GRANTED. The Indictment is DISMISSED.

**IT IS SO ORDERED.**

Dated: October 9, 2019

_____
Hon. Dana M. Sabraw
United States District Judge