# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JOSE FRANCISCO GARCIA-GUERRERO,<br><br>                      Defendant. | CASE NO. 19CR0446-DMS<br><br>**JUDGMENT OF DISMISSAL** |

FILED OCT 17 2019 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY \_\_\_\_\_ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment:

    8 U.S.C. 1325(a)(2) and 8 U.S.C. 1326(a)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 17, 2019

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE